

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: PRISCILA ARMENDARIZ | | No. 08-21-00113-CV |
| MIRAMONTES, INDIVIDUALLY, AND | § | |
| AS INDEPENDENT ADMINISTRATOR OF | | AN ORIGINAL PROCEEDING |
| THE ESTATE OF ALEJANDRO | § | |
| FRANCISCO FERNANDEZ VALLES, | | IN MANDAMUS |
| | § | |
| Relator. | | |
| | § | |

## **O R D E R**

Pending before the Court is Real Party in Interest's second motion for extension of time to file response to Relator's Petition for Writ of Mandamus and for extension to stay proceedings. The motion is GRANTED.

Therefore, Real Party in Interest's response to Relator's Petition for Writ of Mandamus is due September 9, 2021, and the stay of trial court proceedings is extended until September 16, 2021.

IT IS SO ORDERED this 19th day of August, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.